UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | | |
|---|---|---|---|
| In re: KOKONAS, KATHLEEN | § | Case No. 09-00078 | |
| | § | | |
| | § | | |
| Debtor(s) | § | | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that <u>GLENN R. HEYMAN</u>, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30am on 05/19/2010 in Courtroom 642, United States Courthouse Courthouse, 219 S. Dearborn Street, Chicago, IL 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: <u>04/14/2010</u>       By:   <u>/s/GLENN R. HEYMAN</u>
                                          Trustee

GLENN R. HEYMAN
135 S. LaSalle Street, #3705
Chicago, IL  60603
(312) 641-6777

UST Form 101-7-NFR (9/1/2009)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: KOKONAS, KATHLEEN | § | Case No. 09-00078 |
| | § | |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| The Final Report shows receipts of | $ 6,002.46 |
| and approved disbursements of | $ 5.21 |
| leaving a balance on hand of [1] | $ 5,997.25 |

Claims of secured creditors will be paid as follows:

*Claimant*                                                                          *Proposed Payment*
                                          N/A

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| | *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|---|
| Trustee | GLENN R. HEYMAN | $ 1,350.25 | $ |
| Attorney for trustee | Crane, Heyman, Simon, Welch & Clar | $ 2,232.50 | $ 67.08 |
| Appraiser | | $ | $ |
| Auctioneer | | $ | $ |
| Accountant | | $ | $ |
| Special Attorney for trustee | | $ | $ |
| Charges, | U.S. Bankruptcy Court | $ | $ |
| Fees, | United States Trustee | $ | $ |
| Other | | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

*Reason/Applicant*                    *Fees*                    *Expenses*

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (9/1/2009)

*Attorney for debtor* _____ $_____ $_____
*Attorney for*        _____ $_____ $_____
*Accountant for*      _____ $_____ $_____
*Appraiser for*       _____ $_____ $_____
*Other*               _____ $_____ $_____

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | N/A | | |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 75,969.79 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 3.1 percent.

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 1 | DISCOVER BANK | $ 5,988.71 | $ 185.05 |
| 2 | PYOD LLC as assignee of Citibank | $ 16,223.59 | $ 501.30 |
| 3 | William J McSweeney, Jr., DDS | $ 1,244.00 | $ 38.44 |
| 4 | Daniele M. Anderson, M.D. | $ 53.80 | $ 1.66* |
| 5 | FIA CARD SERVICES, NA/BANK OF AMERICA | $ 38,284.04 | $ 1,182.95 |
| 6 | FIA CARD SERVICES, NA/BANK OF AMERICA | $ 14,175.65 | $ 438.02 |

*Dividends under $5.00 will be deposited with the Court.

**UST Form 101-7-NFR (9/1/2009)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

*Claim Number    Claimant                        Allowed Amt. of Claim    Proposed Payment*
                        N/A

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

*Claim Number    Claimant                        Allowed Amt. of Claim    Proposed Payment*
                        N/A

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00.

UST Form 101-7-NFR (9/1/2009)

Prepared By: /s/GLENN R. HEYMAN
Trustee

GLENN R. HEYMAN
135 S. LaSalle Street, #3705
Chicago, IL 60603

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (9/1/2009)**

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: dross                 Page 1 of 2                   Date Rcvd: Apr 14, 2010
Case: 09-00078                Form ID: pdf006             Total Noticed: 55

The following entities were noticed by first class mail on Apr 16, 2010.
db           +Kathleen Kokonas,    238 University Lane,    Elk Grove Village, IL 60007-2790
aty          +David M Siegel,    David M. Siegel & Associates,    790 Chaddick Drive,    Wheeling, IL 60090-6005
tr           +Glenn R Heyman, ESQ,    Crane Heyman Simon Welch & Clar,    135 S Lasalle Ste 3705,
               Chicago, IL 60603-4101
13017349     +ABBHH Outpt Group Practice,    c/o Malcom S Geral & Associates, In,
               332 South Michiga Ave, Ste 600,    Chicago, IL 60604-4318
13017354     +AT&T Universal,    PO Box 6410,    The Lakes, NV 88901-6410
13017355     +AT&T Universal,    c/o Northland Group, Inc.,    PO Box 390905,    Edina, MN 55439-0905
13017350     +Aleksandr Dekhtyar, M.D.,    614 Martin Ln.,    Deerfield, IL 60015-3633
13017351     +Alex Bros Outpatient Group Practice,     1650 Moon Lake Blvd.,    Hoffman Estates, IL 60169-1010
13017352     +Alexian Brothers Medical Center,    800 Biesterfield Rd.,    Elk Grove Village, IL 60007-3396
13017353     +Alexian Brothers Medical Center,    800 W. Biesterfield Rd.,    Elk Grove Village, IL 60007-3396
13017356      Bank of America,    4060 Ogletown/Stanton Rd.,    Mail Code DE5-019-03-07,    Newark, DE 19713
13017357      Bank of America,    PO Box 15026,    Wilmington, DE 19850-5026
13017358      Cardmember Services,    PO Box 15548,    Wilmington, DE 19886-5548
13017359     +Cary Bortnick, MD Ltd,    303 E Army Trail Road,    Suite 100,    Bloomingdale, IL 60108-2140
13017360     +Chase,    201 N. Walnut St.,    MAILSTOP DE1-1027,    Wilmington, DE 19801-2920
13017362      Chase,    Cardmember Service,    PO Box 15298,    Wilmington, DE 19850-5298
13017361      Chase,    PO Box 9001871,    Louisville, KY 40290-1871
13017363     +Chase Home Finance LLC,    Mailing Address for Home Finance,    3415 Vision Drive,
               Columbus, OH 43219-6009
13017364      Chase Mortgage,    101 E. Town Street,    Columbus, OH 43215-5187
13017365      Citi,    PO Box 44180,    Jacksonville, FL 32231-4180
13017366     +Citibank (South Dakota), N.A.,    c/o Alliance One Receivables Manage,
               1160 Centre Pointe Drive, Ste 1,    Saint Paul, MN 55120-1270
13017367     +Daniele M. Anderson, M.D.,    Northwest Neurology LTD,    22285 Pepper Road, Ste 401,
               Lake Barrington, IL 60010-2542
13017369     +Donald Morales, MD,    Alexian Brothers Medical Center,    800 W. West Biesterfield Rd.,
               Elk Grove Village, IL 60007-3396
13017370     +Dr. Kiyoko Oshima,    Loyola University Phys Found,    PO Box 98284,    Chicago, IL 60693-8284
13017371     +Dr. Kristen Niedner M.D.,    Mea-AEA, LLC Dept 20 6003,    PO Box 5990,
               Carol Stream, IL 60197-5990
13017372     +Dr. Parvis Nabavi, M.D.,    Elk Grove Radiology S.C.,    75 Remittance Dr. Ste 6500,
               Chicago, IL 60675-6500
13017373     +Dr. Richa Srivastava,    PO Box 59612,    Schaumburg, IL 60159-0612
13017374     +Dr. TImothy Varva, DO,    Loyola University Phys. Found,    PO Box 98284,    Chicago, IL 60693-8284
13017375     +Edward J. Diamond, MD,    800 W. Biesterfield Rd.,    Elk Grove Village, IL 60007-3361
13017376     +Edwin Friedman, DPM,    c/o: Midwest Sports Medicine,    PO Box 807,
               Elk Grove Village, IL 60009-0807
13017377     +Elk Grove Lab Physicians PC,    Dept 77-9154,    Chicago, IL 60678-0001
13017378     +FHN Physician Services,    PO Box 268,    Freeport, IL 61032-0268
13017379    ++++GARY FORCIER, M.D.,    PERSONAL WOMENS HEALTHC SUITE 106,    800 BIESTERFIELD RD STE 106,
               ELK GROVE VILLAGE IL  60007-3372
               (address filed with court: Gary Forcier, M.D.,    Personal Womens Healthc Suite 106,
               810 W. Biesterfield Rd. # 106,    Elk Grove Village, IL 60007)
13017380     +Home Medical Express, Inc.,    650 Grand Ave, Suite 206,    Elmhurst, IL 60126-1025
13017381     +JDT Medical Billing LTD.,    6033 N. Sheridan Rd., N6,    Chicago, IL 60660-3013
13017382      Jenny S. Kang, MD,    St. Alexius Medical Center,    1555 N. Barrington Rd.,    Schaumburg, IL 60194
13017383     +John E. Pantano, MD,    Alexian Brothers Medical Center,    800 W. Biesterfield Rd.,
               Elk Grove Village, IL 60007-3396
13017384      Kare Hospital Medicine LLC,    PO Box 967,    Tinley Park, IL 60477-0967
13017385     +Loyola University Medical Center,    2160 South First Avenue,    Maywood, IL 60153-3328
13017388     +MEA Elk Grove LLC,    PO Box 5990 Dept 20-6008,    Carol Stream, IL 60197-5990
13017386     +Mark Gordon , M.D.,    Alexian Brothers Medical Center,    800 W. Biesterfield Rd.,
               Elk Grove Village, IL 60007-3396
13017389      Mea Elk Grove LLC,    PO Box 5964,    Carol Stream, IL 60197-5964
13017387     +Mea Elk Grove LLC,    PO Box 366,    Hinsdale, IL 60522-0366
13017391      Midwest Sports Medicine,    PO Box 807,    Elk Grove Village, IL 60009-0807
13017392     +Niraja Reddy, M.D.,    Kare Hospital Medicine LLC,    PO Box 967,    Tinley Park, IL 60477-0967
14028743     +PYOD LLC its successors and assigns as assignee of,    Citibank,    c/o Resurgent Capital Services,
               PO Box 19008,    Greenville, SC 29602-9008
13017393     +Samantha Spencer, M.D.,    Alexian Brothers Medical Center,    800 W. Biesterfield Rd.,
               Elk Grove Village, IL 60007-3396
13017394      St. Aluxius Medical Center,    1555 N. Barrington Rd.,    Schaumburg, IL 60194
13017395      Suburban Lung Associates,    PO Box 2776,    Carol Stream, IL 60132-0001
13017396     +Tighe M. Zimmers,    800 W. Biesterfield Rd.,    Elk Grove Village, IL 60007-3361
13017398     +UNVL/Citi,    8787 Baypines,    Jacksonville, FL 32256-8528
13017399     +William J McSweeney, Jr., DDS,    70 Turner Avenue,    Elk Grove Village, IL 60007-3955

The following entities were noticed by electronic transmission on Apr 14, 2010.
13996744      E-mail/PDF: mrdiscen@discoverfinancial.com Apr 15 2010 02:14:09      DISCOVER BANK,
               DFS Services LLC,    PO Box 3025,    New Albany, Ohio  43054-3025
13017368      E-mail/PDF: mrdiscen@discoverfinancial.com Apr 15 2010 02:14:08      Discover Card,    PO Box 15316,
               Wilmington, DE 19850-5316
14337078      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Apr 15 2010 02:13:37
               FIA CARD SERVICES, NA/BANK OF AMERICA,    BY AMERICAN INFOSOURCE LP AS ITS AGENT,    PO Box 248809,
               Oklahoma City, OK  73124-8809
                                                                                              TOTAL: 3
```

```
District/off: 0752-1          User: dross              Page 2 of 2              Date Rcvd: Apr 14, 2010
Case: 09-00078                Form ID: pdf006          Total Noticed: 55

              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13017397        Todd R. Lendvay,    unknown
aty*           +Glenn R Heyman, ESQ,    Crane Heyman Simon Welch & Clar,    135 S Lasalle Ste 3705,
                 Chicago, IL 60603-4101
13017390*       Mea Elk Grove, LLC,    PO Box 5964,   Carol Stream, IL 60197-5964
                                                                                            TOTALS: 1, * 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 16, 2010**                **Signature:**        _/s/ Joseph Speetjens_